No. 93–7638. ROJAS-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7649. SIMMONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7651. NHAN KIEM TRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7662. MORRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7663. OKOLIE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7679. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7688. BARTSH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7693. GIBBS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7694. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7697. EVANS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7770. WILLIAMS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1130. ILLINOIS *v.* CRANE. App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.